# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY, INC., | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1:18-cv-01275 |
| RXPEDITE PHARMACY INC., | : JUDGE JAMES S. GWIN |
| Defendant. | : |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Advanced Dermatology, Inc. and Defendant RxPedite Pharmacy, Inc. hereby file this Joint Notice of Settlement to inform the Court that they have agreed to a settlement of this matter and to request that all existing deadlines be stayed pending the voluntarily dismissal with prejudice of the litigation.  The parties are in the process of documenting their agreement and anticipate submitting a stipulation of dismissal with prejudice when the documentation is complete.  Accordingly, the parties respectfully request that the Court stay all pending deadlines from its calendar until such time as the stipulation of dismissal is filed.

| | |
|---|---|
| **FREDERICK & BARBER LLC** | **MCDONALD HOPKINS LLC** |
| /s/ Ronald I. Frederick | /s/ Christopher G. Dean |
| Ronald I Frederick (0063609) | Christopher G. Dean (0092883) |
| FREDERICK & BARBER LLC | MCDONALD HOPKINS LLC |
| 767 East 185th St. | 600 Superior Avenue, E., Suite 2100 |
| Cleveland, OH 44119 | Cleveland, Ohio 44114 |
| Ph: 216.502.1055 | Ph: 216.348.5400 |
| Fx: 216.609.0750 | Fx: 216.348.5474 |
| Email: *ronf@clevelandconsumerlaw.com* | Email: *cdean@mcdonaldhopkins.com* |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Advanced Dermatology, Inc.* | *RxPedite Pharmacy Inc.* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of August, 2018, a copy of the foregoing **Joint Notice of Settlement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher G. Dean
Christopher G. Dean (0092883)

*Counsel for Defendant*
*RxPedite Pharmacy Inc.*

{7590463: }