Stipulated dismissal with prejudice approved 9/20/18.
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY, INC., | : |
| Plaintiff, | : |
| vs. | : CASE NO. 1:18-cv-01275 |
| RXPEDITE PHARMACY INC., | : JUDGE JAMES S. GWIN |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have appeared in the above-captioned matter hereby stipulate to the dismissal by Advanced Dermatology, Inc. of this action with prejudice and without costs or attorneys' fees to either party.

**Stipulated and Agreed As to Form and Substance:**

**FREDERICK & BERLER LLC**

/s/ Ronald I. Frederick
Ronald I Frederick (0063609)
FREDERICK & BERLER LLC
767 East 185th St.
Cleveland, OH 44119
Ph: 216.502.1055
Fx: 216.609.0750
Email: *ronf@clevelandconsumerlaw.com*

*Counsel for Plaintiff*
*Advanced Dermatology, Inc.*

**MCDONALD HOPKINS LLC**

/s/ Christopher G. Dean
Christopher G. Dean (0092883)
MCDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
Ph: 216.348.5400
Fx: 216.348.5474
Email: *cdean@mcdonaldhopkins.com*

*Counsel for Defendant*
*RxPedite Pharmacy Inc.*

{7637637: }